# In The United States Court of Federal Claims

No. 11-555 C

(Filed: January 12, 2012)

_____

RDA CONSTRUCTION CORP.,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      A preliminary status conference will be held in this case on Thursday, January 26, 2012, at 2:00 p.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.  The courtroom location will be posted in the lobby on the day of the oral argument.

      **IT IS SO ORDERED.**

                                                                s/ Francis M. Allegra<br>
                                                              Francis M. Allegra<br>
                                                               Judge