# In The United States Court of Federal Claims

No. 11-555 C

(Filed: January 26, 2012)

_____

RDA CONSTRUCTION CORP.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      On January 26, 2012, a preliminary status conference was held in this case. Participating in the conference were Edward J. Longosz, II, for plaintiff, and Daniel B. Volk, for defendant. Consistent with discussions during the conference, the discovery schedule is as follows:

1. On or before March 23, 2012, the parties shall exchange initial disclosures;

2. On or before August 31, 2012, fact discovery shall close;

3. On or before September 14, 2012, the parties shall submit a joint status report indicating whether expert discovery is needed;

4. If expert discovery is needed, on or before October 19, 2012, the parties shall designate experts and disclose expert reports;

5. On or before January 11, 2013, expert discovery shall close;

6. On or before January 25, 2013, the parties shall submit a joint status report indicating how this case should proceed with, if appropriate, a proposed

schedule for the filing of dispositive motions, or alternatively, for proceeding to trial.

**IT IS SO ORDERED.**

s/ Francis M. Allegra  
Francis M. Allegra  
Judge