# In The United States Court of Federal Claims

No. 11-555C

(Filed: December 21, 2012)

_____

RDA CONSTRUCTION CORP.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On December 20, 2012, the parties filed a joint status report indicating that expert discovery is needed.  Accordingly:

1. On or before May 3, 2013, expert discovery shall be completed; and

2. On or before May 17, 2013, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, as appropriate.

**IT IS SO ORDERED.**

                                              s/Francis M. Allegra
                                              Francis M. Allegra
                                              Judge