# In The United States Court of Federal Claims

No. 11-555C

(Filed: April 8, 2013)

_____

RDA CONSTRUCTION CORP.,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Monday, April 15, 2013, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

    **IT IS SO ORDERED.**

                                                s/Francis M. Allegra
                                                Francis M. Allegra
                                                Judge