# In The United States Court of Federal Claims

No. 11-555C

(Filed: April 15, 2013)

---

RDA CONSTRUCTION CORP.,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

---

**ORDER**

---

Today, a status conference was held in this case. Participating in the conference were Cornelius O'Brien, for plaintiff, and Daniel Volk, for defendant. Pursuant to discussions during the conference, on or before April 22, 2013, defendant shall file a short statement regarding the existence of any jurisdictional problems that may stem from plaintiff's filing of the proposed amended complaint.

        **IT IS SO ORDERED.**

s/Francis M. Allegra  
Francis M. Allegra  
Judge