# In The United States Court of Federal Claims

No. 11-555C

(Filed: April 23, 2013)

_____

RDA CONSTRUCTION CORP.,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**

_____

On April 22, 2013, defendant filed a statement regarding potential jurisdictional issues, pursuant to the court's order of April 15, 2013. (The court notes that questions regarding the adequacy of the claims that are pending before the agency Contracting Officer are not before the court). Based on the discussions previously had in this case,

1. Proceedings in this case are **STAYED** until plaintiff's related claims with the U.S. Navy are resolved; and

2. Within 14 days of resolution of the claims described in paragraph 1, either

    a. The parties shall file a joint status report, or

    b. Plaintiff shall file an amended complaint with defendant's consent.

**IT IS SO ORDERED.**

                                             s/Francis M. Allegra
                                             Francis M. Allegra
                                             Judge