# In The United States Court of Federal Claims

No. 11-555C

(Filed: November 4, 2013)

_____

RDA CONSTRUCTION CORP.,

               Plaintiff,

v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On April 23, 2013, the court issued a stay in this case pending resolution of plaintiff's related claims before the agency Contracting Officer. On or before November 18, 2013, the parties shall file a joint status report indicating the status of these related claims.

**IT IS SO ORDERED.**

                                               s/Francis M. Allegra
                                               Francis M. Allegra
                                               Judge