# In The United States Court of Federal Claims

No. 11-555C

(Filed: December 2, 2013)

_____

RDA CONSTRUCTION CORP.,

               Plaintiff,

      v.

THE UNITED STATES,

               Defendant.

_____

**ORDER**

_____

On April 23, 2013, this court issued an order staying this case pending resolution of plaintiff's related claims with the U.S. Navy. The stay in this case is hereby **LIFTED**.

On November 29, 2013, defendant filed an unopposed motion for an enlargement of time to file its response to plaintiff's amended complaint. The motion is hereby **GRANTED**. Accordingly,

1. On or before January 3, 2014, defendant shall file its response to plaintiff's amended complaint; and

2. Subsequent deadlines shall be in accordance with those set forth in the RCFC.

**IT IS SO ORDERED.**

                                                      s/Francis M. Allegra
                                                      Francis M. Allegra
                                                      Judge